IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Scott, Oscar

Printed: 4/1/08

Case Number: 07 B 24493
Judge: Wedoff, Eugene R
Filed: 12/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 2. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 5. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 6. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 7. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 8. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 9. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 10. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 11. | Specialized Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 12. | Saxon Mortgage Services Inc | Unsecured | 0.00 | 0.00 |
| 13. | Wells Fargo Financial Bank | Unsecured | 0.00 | 0.00 |
| 14. | RMI/MCSI | Unsecured | 0.00 | 0.00 |
| 15. | Capital One | Unsecured | 0.00 | 0.00 |
| 16. | Capital One | Unsecured | 0.00 | 0.00 |
| 17. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 18. | Capital One | Unsecured | 0.00 | 0.00 |
| 19. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
|  |  |  | _____ | _____ |
|  |  |  | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Scott, Oscar | Case Number:  07 B 24493 |
| | Judge:  Wedoff, Eugene R |
| Printed:  4/1/08 | Filed:  12/28/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____